IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LOUIS EDWARDS WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:12-cv-97 (MTT) |
| ) | |
| FIRST AMERICAN BANK AND TRUST, ) | |
| BOBBY HEATH ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

On March 25, 2013, the Court ordered the Plaintiff to file an in forma pauperis motion and corresponding form within ten days of the entry of the order. (Doc. 2). The Plaintiff has failed to file the appropriate IFP motion and form. Accordingly, because the Plaintiff has failed to comply with the Court's order, the Plaintiff's case is **dismissed without prejudice.**

**SO ORDERED**, this 5th day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT